# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
EMIRATES AIRLINES, a foreign corporation; DOES 1-20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
FATEMEH SAJAJED

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY
OCT 13 2016
CLERK OF THE SUPERIOR COURT
By Lanette Buffin, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: **CASE NUMBER:** RG16-804902
*(El nombre y dirección de la corte es):* Superior Court of California, County of Alameda, 1225 Fallon Street, Oakland, CA 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Gerald C. Sterns (29976); Sterns & Walker, 825 Washington St., #305, Oakland, CA 94607 (510-267-0500)

DATE: OCT 13 2016    Chad Finke   Clerk, by LANETTE BUFFIN, Deputy
*(Fecha)*                        *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1
Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Exhibit A

1  Gerald C. Sterns (State Bar No. 29976)
   STERNS & WALKER
2  825 Washington Street, Suite 305
   Oakland, CA 94607
3  Telephone: (510) 267-0500
   Facsimile: (510) 267-0506
4  Email: sterns@trial-law.com

5  Attorneys for Plaintiff

ENDORSED
FILED
ALAMEDA COUNTY
OCT 13 2016
CLERK OF THE SUPERIOR COURT
By Lanette Buffin, Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

FATEMEH SAJAJED,

   Plaintiff,

vs.

EMIRATES AIRLINES, a foreign corporation; DOES 1-20, inclusive,

   Defendants.

Case No. RG16-854902

**COMPLAINT FOR DAMAGES; GENERAL JURISDICTION; PERSONAL INJURY; MENTAL AND EMOTIONAL DISTRESS**

## I. JURISDICTION AND VENUE

Jurisdiction and Venue are proper in this court in that: (1) This is an action for tort damages between citizen of two foreign countries (Iran and United Arab Emirates), and is not a Diversity Case; (2) Defendant Emirates Airlines has registered with the California Secretary of State; has designated an agent for service of process, is doing business in this state and the County of Alameda, and is subject to jurisdiction here. Furthermore, under the applicable International Air Travel Convention, both subject matter and personal Jurisdiction are national and not relegated to any particular state.

////

1
COMPLAINT FOR DAMAGES; PERSONAL INJURY, MENTAL AND EMOTIONAL DISTRESS

## II. PARTIES

Plaintiff Fatemeh Sajajed is a citizen of Iran, a Permanent Resident (Green Card) of the United States, and the State of California, and has been so at all times mentioned in this complaint. Defendant Emirates Airlines is incorporated under the laws of the country of United Arab Emirates and has its principal place of business there. Further, Defendant Emirates Airlines is doing business in the State of California and the County of Alameda, with one or more offices here, and serving the state with regular scheduled commercial aviation transport, and is subject to the jurisdiction of the California courts.

### III.

Plaintiff is ignorant of the true names and capacities, whether individual or otherwise, of defendants sued herein as DOES 1 through 20, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants is negligently or otherwise responsible for the occurrences alleged herein and that the injuries and damages alleged were proximately caused thereby.

### IV.

Plaintiff is informed and believes and thereon alleges that defendants and each of them, including the defendants fictitiously designated, at all times mentioned herein, were the agents, and/or employees of each of the remaining defendants and were at all times acting within the purpose of scope of said agency and/or employment, and were acting with the knowledge and/or permission of the remaining defendants, and each defendant has ratified and/or approved the conduct of her/his/its agents and/or employees.

### V.

On or about October 15, 2014, California time, Plaintiff was a paying passenger in International Travel, aboard Defendant Emirates Airlines flight EK 225, from Dubai, UAE (DXB) nonstop to San Francisco, California (SFO). As such, she was in the custody, control and direction of said Defendant and its inflight cabin crew. At a point in time, perhaps two or three hours out of SFO,

the exact time being unknown to Plaintiff, while seated in her assigned seat, and without warning was scalded and burned by hot tea, which had apparently been placed on her tray table or spilled by cabin staff. She was immediately burned, which continued and worsened because the hot liquid made her clothing cling to her. She suffered immediate and painful burn injuries on her lap, abdomen and genital area. Her situation was worsened by humiliation of having to immediately undress the area of the burns and be moved from her seat. Her distress was further aggravated when cabin staff first moved her to a business class seat so she could better attend to her injuries and recover from the immediate effects of the burns, then abruptly and rudely demanded that she return to her coach seat.

## VI.

The above events, including the actions or inactions of cabin staff to effectively assist plaintiff after being scalded, constituted an "Accident" within the meaning of the applicable International Aviation Treaty. To the extent negligence, carelessness, willful misconduct or other breach of duty on the part of Defendant Emirates Airline or its cabin crew may be required as a foundation for damages, if at all, Plaintiff alleges such also occurred, although the burden of proof regarding such would be on the Defendant Emirates Airline.

## VII.

By reason of the above described events, Plaintiff suffered severe blistering burns to the areas described, post-flight complications, including dysuria. Plaintiff continued to suffer for some months thereafter with the residuals of these burns, including blisters, rashes, continuing pain on urination, irritated skin, itching, disfigurement in and around skin area of burn, interference with sleep and other normal activities, and continuing mental anxiety, including fear of further flying and concern about future complications. She still suffers from some residuals.

## VIII.

Further by reason of such events, Plaintiff had to obtain medical care, treatment and observation, which is continuing. Upon her information and belief, Plaintiff alleges that she will require further medical following and treatment. The cost of such medical care and treatment will be inserted by amendment when same is finally determined.

## IX.

Further, by reason of such events, Plaintiff has sustained general noneconomic damages in an amount large enough to invoke the general jurisdiction of this court.

## X.

To the extent that maybe required by whatever final tribunal hears this case, Plaintiff also demands Trial by Jury.

WHEREFORE, plaintiff prays for judgment against defendants and each of them, as follows:

a) General damages according to proof;

b) Damages for medical expenses, past, present and future, according to proof;

c) Damages for past and future wage loss and impairment of earning capacity, according to proof;

d) Costs of suit incurred herein;

e) That this matter be tried before a jury; and

f) Such other and further relief as this Court may deem just and proper.

DATED: October 11, 2016                    STERNS & WALKER

BY _____
Gerald C. Sterns
Attorneys for Plaintiff

4
COMPLAINT FOR DAMAGES; PERSONAL INJURY, MENTAL AND EMOTIONAL DISTRESS

Exhibit A