UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FATEMEH SAJAJED,<br><br>          Plaintiff,<br><br>     vs.<br><br>EMIRATES AIRLINES, a foreign corporation, DOES 1-20, inclusive,<br><br>          Defendants. | Case No:  C 16-06659 SBA<br><br>**JUDGMENT** |

   In accordance with and pursuant to the Court's Order Granting Defendant Emirates Airline's Motion to Dismiss, IT IS HEREBY ORDERED that FINAL JUDGMENT is entered in favor of Defendant.

   IT IS SO ORDERED.

Dated:  3/28/17

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge